UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD L. STARDEVANT,

      Plaintiff,

                                    CASE NO. 07-CV-10685
v.                                      HONORABLE VICTORIA A. ROBERTS

BLAINE LAFLER, et al.,

      Defendants.
_____/

## ORDER OF SUMMARY DISMISSAL

The Court has before it Plaintiff Ronald Stardevant's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff was a state prisoner confined at the St. Louis Correctional Facility in St. Louis, Michigan when he instituted this action in the United States District Court for the Western District of Michigan. At the time he filed his complaint, Plaintiff did not pay the required filing fee, nor did he submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The case was subsequently transferred to this District. The Court then issued an Order of Deficiency on February 28, 2007 requiring Plaintiff to either pay the filing fee or submit a properly completed *in forma pauperis* application. The order provided that if Plaintiff did not submit the fee or requested information within 30 days, his case would be dismissed.

1

On March 16, 2007, the deficiency order was returned to the Court because Plaintiff is no longer confined at the St. Louis Correctional Facility. The Michigan Department of Corrections Offender Tracking Information System (OTIS) indicates that Plaintiff was released on parole on January 9, 2007. Plaintiff has not informed the Court of his current mailing address, despite his obligation to do so. *See, e.g.,* Fed. R. Civ. P. 11(a). He has also failed to correct the filing deficiency on his own accord. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the civil rights complaint.

      **IT IS SO ORDERED**.

      S/Victoria A. Roberts
      Victoria A. Roberts
      United States District Judge

Dated: April 2, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on April 2, 2007.

S/Carol A. Pinegar
Deputy Clerk

---